# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| PAMELA J. FLYNT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIV-09-1031-R |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Valerie K. Couch entered August 6, 2010 [Doc. No. 23]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the decision of the Commissioner is REVERED AND REMANDED to the Commissioner for further proceedings, and judgment shall be entered accordingly.

IT IS SO ORDERED this 15th day of October, 2010.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE